UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ANDREW M. TASSLER | ) | CASE NO. 09-14214 |
| THERESA L. TASSLER | ) | |
| | ) | CHAPTER 7 |
| Debtor(s) | ) | |

**NOTICE OF DEPOSIT FOR DISBURSEMENTS LESS THAN $5.00**

Comes now R. David Boyer, the duly appointed and acting trustee in the above-captioned case, and shows the Court that pursuant to FRBP 3010, the following creditor is entitled to a distribution of less than $5.00 each:

| Creditor | Amount |
|---|---|
| PYOD LLC / Citibank | $2.13 |
| PYOD LLC/ Citibank | $1.17 |
| Chase Bank USA, N.A. | $2.47 |
| GE Money Bank, dba JC Penney | $2.74 |
| Verizon Wireless | $3.53 |

WHEREFORE, Trustee hereby issues a check made payable to the U.S. Bankruptcy Clerk in the total amount of $12.04 for the use and benefit of the parties set forth herein.

Submitted this 3 day of October, 2011.

/s/R. David Boyer
R. DAVID BOYER, Trustee in Bankruptcy
927 S Harrison Street, Suite 200E
Fort Wayne, Indiana 46802
(260)407-7123
e-mail: db1@boyerlegal.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of attached document was sent by either electronically filing or by ordinary mail, postage prepaid, on this 3 day of October, 2011 to the following creditors and interested parties:

**Notice will be electronically mailed to:**
United States Trustee   ustpregion10.so.ecf@usdoj.gov

**Notice will be mailed by ordinary mail, postage prepaid to:**
PYOD LLC, Citibank, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602
Chase Bank USA, N.A., c/o Creditors Bankruptcy Service, PO Box 740933, Dallas, TX 75374
GE Money Bank, dba JC Penney Credit Services, 25 SE 2nd Ave., Ste. 1120, Miami, FL 33131
Verizon Wireless, PO Box 3397, Bloomington, IL 61702


      /s/ Angela R. Lee
      Angela R. Lee